United States District Court
Southern District of Florida 2

General Civil Case Filing Requirements

# UNITED STATES DISTRICT COURT
## For Southern District Of Florida

Case No. 15-60272-DIMITROULEAS/Snow

GOOD MAN PRODUCTIONS, INC.,
Plaintiff (s)

vs.

JOHN DOE subscriber assigned IP address 71.206.83.76,

Defendant(s).

_____/



## MOTION TO QUASH ORDERED SUBPONEA

I, JOHN DOE subscriber referred to as the Defendant, in the above style case, hereby denying any and all allegations as to the IP address mention 71.206.83.76. This IP address does not match any electronic device that I use in my custody. I am also currently not even aware as to what the subject content of this suit is.

At present I cannot afford legal representation due to limited income to assist me with this matter, as I even struggle to pay Comcast for their services.

I respectfully demand to have my information and personal data with Comcast be kept confidential as I move this motion to squash the subpoena from Comcast to release my confidential information.

Respectfully submitted,

Dated: April 6, 2015

United States District Court
Southern District of Florida 2

General Civil Case Filing Requirements

John Doe 71.206.83.76

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by mail on April 6, 2015 on all counsel or parties of record on the Service List below.

*John Doe*

Signature of Filer

## SERVICE LIST

Attorneys for Plaintiff/Defendant

**M. Keith Lipcomb, ESq.,**

Lipscomb, Eisenberg & Baker, PL

2 South Biscayne Boulevard, Ste 3800

Miami, FL 33131

Tel: 786-431-2228


**Comcast**

NE & TO

650 Centerton RD

Moorestown, NJ 08057

Tel: 866-947-8572



PO Box 5764
FL 33310